IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JESSE JONES,            )
                        )
    Petitioner,          )
                        )
v.                      )    CASE NO. CV408-209
                        )
DONALD BARROW, Warden, Wilcox )
State Prison,            )
                        )
    Respondent.          )
                        )

## ORDER

After a _de novo_ review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 16th day of January, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA